# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JOSEPH BACA, III,**

    Movant/Defendant,

vs.                                                                    **CIVIL NO. 06-151 WJ/DJS**
                                                                     Criminal No. 04-2095 WJ

**UNITED STATES OF AMERICA,**

    Respondent/Plaintiff.

Consolidated with

**ARTURO ULIBARRI,**

    Movant/Defendant,

vs.                                                                        **CIVIL NO. 06-152 WJ/LAM**
                                                                     Criminal No. 04-2095 WJ

**UNITED STATES OF AMERICA,**

    Respondent/Plaintiff.

## ORDER AND JUDGMENT

    This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, objections to the proposed findings and recommended disposition having been filed, and the Court having made a *de novo* determination of the Magistrate Judge's proposed findings and recommended disposition;

    **IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that these actions be, and hereby is, dismissed with prejudice.

_____
**HON. WILLIAM JOHNSON**
**UNITED STATES DISTRICT JUDGE**